JANET HEROLD
Regional Solicitor
SUSAN SELETSKY
Chief Counsel for Wage and Hour
SONYA SHAO, Trial Attorney (300832)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa Street, Suite 370
Los Angeles, California 90071
Telephone: (213) 894-1592
Facsimile: (213) 894-2064
Email: shao.sonya.p@dol.gov

Attorneys for Plaintiff Secretary of Labor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>SSC APPAREL, INC. *dba* SOPRANO<br><br>Defendant. | Case No.: 2:18-cv-2333-CAS(AGRx)<br><br>**[PROPOSED] ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

This matter came before the Court on the application of the United States Secretary of Labor for a temporary restraining order under Federal Rule of Civil Procedure 65 and Section 17 of the Fair Labor Standards Act of 1938 ("FLSA"), 29

U.S.C. § 217, and an order for Defendant SSC Apparel, Inc. *dba* Soprano ("SSC") to show cause why a preliminary injunction should not issue.

It appearing to this Court that good cause has been shown that SSC should show cause why a Preliminary Injunction should not issue, it is hereby

ORDERED, ADJUDGED, AND DECREED that at 10:00 a.m. on april 23, 2018, at the United States Courthouse, 350 W. 1st Street, Courtroom 8D, Los Angeles, California 90012, SSC shall appear and show cause, if there be any, why a preliminary injunction shall not issue; and it is further

ORDERED, ADJUDGED, AND DECREED that not later than close of business on April 9, 2018, SSC shall file its response to the Secretary's Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, and plaintiff shall file a reply on or before the close of business on April 16, 2018.

SO ORDERED,

Dated this 27th day of March, 2018.

*/s/ Christina A. Snyder*
———
UNITED STATES DISTRICT JUDGE